Joseph R. Manning, Jr. (SBN 223381)
Caitlin J. Scott (SBN 310619)
Tristan P. Jankowski (SBN 290301)
ADAPracticeGroup@manninglawoffice.com
**MANNING LAW, APC**
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
Tel: 949.200.8755
Fax: 866.843.8308

*Attorneys for Plaintiff*
GUILLERMO ROBLES

Kathy A. Hunt (State Bar No. 146454)
  kak@manningllp.com
Manning & Kass, Ellrod,
Ramirez, Trester LLP
801 S. Figueroa St, 15th Floor
Los Angeles, CA 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorney for Defendant
BURLINGTON STORES, INC., erroneously sued as
BURLINGTON COAT FACTORY DIRECT
CORPORATION, a New Jersey corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO ROBLES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BURLINGTON COAT FACTORY DIRECT CORPORATION, a New Jersey Corporation,<br><br>Defendants. | Case No.  2:16- cv-09517<br><br>Hon. Judge Virginia A. Phillips<br><br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: December 28, 2016<br>Trial Date:         None |

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Guillermo Robles ("Plaintiff") and Defendant Burlington Coat Factory Direct Corporation stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' expenses.

IT IS SO STIPULATED.

                                                Respectfully submitted,

DATED : March 9, 2017       **MANNING LAW, APC**

                                                By: /s/ *Joseph R. Manning, Jr.*
                                                     Joseph R. Manning, Jr.
                                                     Attorney for Plaintiff
                                                   GUILLERMO ROBLES

DATED :                       By: /s/ *Kathleen A. Hunt*
                                                   Kathleen A. Hunt
                                                   Attorneys for Defendant
                                                    BURLINGTON COAT FACTORY
                                                   DIRECT CORPORATION

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Kathleen A Hunt., hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:                        By: /s/ *Kathleen A. Hunt*

1
JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE